## Mark W. Swimelar
STANDING CHAPTER 12 & 13 TRUSTEE
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON
STAFF ATTORNEY

MAXSEN CHAMPION
STAFF ATTORNEY

June 20, 2011

Clerk - Bankruptcy Court
100 South Clinton St. Rm 315
PO Box 7008
Syracuse, NY 13261

RE:    06-31589 Card

Dear Clerk:

Enclosed please find check #828524 in the amount of $63.61. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.006

| Acct# | Name | Morse Chain Ithaca Employees FCU |
|---|---|---|
| | Address | 620 South Aurora At. |
| | Address | Ithaca, NY 14850 |

Please deposit this check in the Unclaimed Funds Account for the above named creditor.
If you have any questions, please advise.

Very truly yours,

Kristie M. Moore
Account Clerk

Enc.

**RECEIVED**

JUN 21 2011

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

# 51100330 - DE
* * C O P Y * *
June 21, 2011
12:01:47

TREA REG
06-31589

Debtor.: KATHLEEN M. CARD
Judge..: MARGARET CANGILOS-RUIZ
Trustee: Mark Swimelar
Amount.: $63.61 CH
Check#.: 828524

Total-> $63.61

FROM: MARK W. SWIMELAR
250 SOUTH CLINTON ST., 2ND. FL
SYRACUSE, NY 13202